

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00118-CV

**CIBOLO CREEK RANCH, LTD.**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14140
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On July 7, 2016, this court abated this appeal for 60 days in response to the parties' joint motion to abate. The 60 days has expired.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. This court received appellant's brief on September 7, 2016. Therefore, appellee's brief shall be due October 7, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court